# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:06-CR-00151-FDW-11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL FORCHEMER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon the receipt of a letter, dated August 29, 2007, from Michael Forchemer, to United States District Court Judge Frank D. Whitney. In his letter, Mr. Forchemer, who is currently in custody, asks for a bond review hearing. The record reflects that Mr. Forchemer is represented by appointed counsel, Kenneth D. Snow. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Forchemer has any matters he wishes this Court to consider, they must be submitted through his attorney.

Therefore, Mr. Forchemer's request for a bond review hearing is DENIED without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Snow.

The Clerk of Court is directed to send a copy of defendant's letter to Mr. Snow along with his copy of this Order.

IT IS SO ORDERED.

Signed: October 4, 2007

Frank D. Whitney
United States District Judge